McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY SILVA, ) | 1:05-cv-0222 REC LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from October 31, 2005 to November 30, 2005.

///

///

///

///

///

///

1

1  This is defendant's first request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

                                    Respectfully submitted,

Dated: October 27, 2005
                                    /s/ Gina M. Fazio
                                    (as authorized via facsimile)
                                    /s/ GINA M. FAZIO
                                    Attorney for Plaintiff


Dated: October 28, 2005             McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney


          IT IS SO ORDERED.

**Dated:   October 28, 2005**              **/s/ Lawrence J. O'Neill**
66h44d                                 UNITED STATES MAGISTRATE JUDGE