**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONY SILVA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 05-0222 OWW LJO<br><br>**ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT**<br>(Doc. 17.) |

**INTRODUCTION**

Plaintiff Tony Silva ("plaintiff") seeks this Court's review of an administrative law judge's ("ALJ's") decision that plaintiff is neither disabled nor entitled to disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§401-433. After review of the Administrative Record and the parties' papers, the magistrate judge issued May 30, 2006 findings and recommendations to DENY plaintiff's request to reverse the ALJ's decision to deny plaintiff disability insurance benefits or to remand for further proceedings. Plaintiff filed no timely objections to the findings and recommendations.

**CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. After carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

1

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's May 30, 2006 findings and recommendations; and

2. DIRECTS this Court's clerk to enter judgment in favor of defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against plaintiff Tony Silva and to close this action.

IT IS SO ORDERED.

**Dated:    June 14, 2006**                              **/s/ Oliver W. Wanger**
emm0d6                                                    UNITED STATES DISTRICT JUDGE